UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| L.E.G.P.,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); BRUCE SCOTT, Warden, Northwest ICE Processing Center; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; and TODD BLANCHE, United States Attorney General,<br>Respondents. | No. 2:26-CV-04056-SAB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus, ECF No. 24. Petitioner is represented by Josephine Moberg and Julia M. Braker. Respondents are represented by Peter H. Clark and Cameron M. Perla.

Petitioner filed her amended Petition for Writ of Habeas Corpus on October 26, 2026. Respondents' response states, in its entirety, "Federal Respondents do

not oppose the habeas petition." Therefore, the Court finds good cause to grant the petition.

Accordingly, **IT IS ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus, ECF No. 24, is **GRANTED**.

2. **Within one (1) day of the date of this order, Respondents shall release Petitioner from immigration detention**. Within two (2) days of the date of this order, Respondents shall file a certification that Petitioner has been released.

3. Respondents shall not re-detain Petitioner without providing pre-detention notice and affording Petitioner a hearing unless detention becomes statutorily mandated.

4. At any re-detention hearing, Respondents shall bear the burden to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 17th day of November 2026.

Stanley A. Bastian
United States District Judge